UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA CARMELINA TAMAY LAZO, *individually and on behalf of others similarly situated,*

                      *Plaintiffs,*

    -against-

KIM'S NAILS AT YORK AVENUE, INC. (d/b/a KIM'S NAIL SALON), VERA NAIL & SALON, INC. (d/b/a KIM'S NAIL SALON), MARGARET KIM and JUNG IM KIM.
*Defendants.*

------------------------------------------------------------X

17-cv-03302

CONSENT JUDGMENT

ECF Case

JAN 0 7 2019

    Pursuant to the parties agreement the the Court hereby renders Judgment as follows:

    Judgment is entered in favor of Plaintiff MARIA CARMELINA TAMAY LAZO against Defendants JUNG IM KIM and KIM'S NAILS AT YORK AVENUE, INC. (d/b/a KIM'S NAIL SALON), jointly and severally, in the amount of $80,000.00, inclusive of attorneys' fees and costs.

    We stipulate to and request entry of this consent judgment.

KIM'S NAILS AT YORK AVENUE, INC. (d/b/a KIM'S NAIL SALON)

By: *[signature]*

JUNG IM KIM

By: *[signature]*

MARIA CARMELINA TAMAY LAZO

By: *[signature]*

CORPORATE ACKNOWLEDGMENT
OF KIM'S NAILS AT YORK AVENUE, INC. (d/b/a KIM'S NAIL SALON)

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF _____  )

On the _16_ day of _July_, 2018, before me personally came JUNG IM KIM, as the Chief Executive Officer of KIM'S NAILS AT YORK AVENUE, INC. (d/b/a KIM'S NAIL SALON), to me known who, being by me duly sworn, did depose that he is the Chief Executive Officer of KIM'S NAILS AT YORK AVENUE, INC. (d/b/a KIM'S NAIL SALON), and that he is the individual described in and who executed the foregoing Consent Judgment, and duly acknowledged to me that he executed the same.

_____
Notary Public

MONICA SALVATIERRA
Notary Public, State of New York
No. 01SA4971312
Qualified in Nassau County
Commission Expires Aug. 27, 20_18_

PERSONAL ACKNOWLEDGMENT OF JUNG IM KIM

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF _____  )

On the _16_ day of _July_ 2018, before me personally came JUNG IM KIM, to me known who, being by me duly sworn, did depose and say that she is the individual described herein and who executed the foregoing Consent Judgment, and duly acknowledged to me that she executed the same.

MONICA SALVATIERRA
Notary Public, State of New York
No. 01SA4971312
Qualified in Nassau County
Commission Expires Aug. 27, 20_18_

_____
Notary Public

IT IS SO ORDERED this _7th_ day of _Jan_ 201_9_

_____
U.S.D.J.